IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD F. JENKINS, III, ) | |
| ) | Civil Action No. 12 – 1533 |
| Plaintiff, ) | |
| ) | District Judge Mark R. Hornak |
| v. ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| LT. CRAYTON, C/O I WILSON, CO. ) | |
| SHELDON, C/O I ROLL, DR. ) | |
| HERBICK, LT. BERRIER, R.N. ) | |
| DEBBIE, R.N. IDA, R.N. MARSHAL, ) | |
| MS. ELLSWORTH, P.A. ) | |
| CHRISTOPHER, R.N. RALPH, MS. ) | |
| DIGGS, SUPERINTENDENT BRIAN ) | |
| COLEMAN, CAPT. TREMPUS, ) | |
| HOOPER, PRISON HEALTH CARE ) | |
| SERVICES, AMERICAN SERVICE ) | |
| GROUP, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case is before the Court on the Report and Recommendation filed by Chief Magistrate Judge Lenihan on May 22, 2013. (ECF No. 24.) Judge Lenihan recommended that Plaintiff's Motion for Preliminary Injunction, Temporary Restraining Order and to be transferred into federal custody (ECF No. 22) be denied. Plaintiff was served with the Report and Recommendation and informed that he had until June 10, 2013, to file written objections. Plaintiff filed timely objections on June 3, 2013. (ECF No. 29.) Upon review, however, the objections do not undermine the Magistrate Judge's recommendation. As such, after *de novo*

1

review of the pleadings and documents in the case, together with the Report and Recommendation, and the objections thereto, the following order is entered.

AND NOW, this 10th day of July, 2013,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction, Temporary Restraining Order and to be transferred into federal custody (ECF No. 22) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated May 22, 2013 (ECF No. 24) is **ADOPTED** as the opinion of this Court.

By the Court:

Mark R. Hornak
United States District Judge

cc: Edward F. Jenkins, III
HZ-1892
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112
*(Via First Class U.S. Postal Mail)*